UNITED STATES of America,
Plaintiff-Appellee

v.

Mario Alejandro SANCHEZ,
Defendant-Appellant

No. 17-40465
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed February 20, 2018

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Mario Alejandro Sanchez, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Alejandro Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez has not filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

